**2006–0830. Elyria Foundry Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 05–704–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of the motion of Industrial Energy Users–Ohio for leave to intervene as appellee or, in the alternative, notice of its filing of an amicus brief in support of the appellee,
    IT IS ORDERED by the court that the motion for leave to intervene is granted.

## RECONSIDERATION OF PRIOR DECISIONS

**2006–0589. State v. Trouten.**
Jefferson App. No. 04JE18, 2005-Ohio-6592. Reported at 109 Ohio St.3d 1454, 2006-Ohio-2226, 847 N.E.2d 4. On motion for reconsideration. Motion denied.